*December,* 1822.               Flant and Sossamon *against* Malone.

Indorsement of
the writ will not
be looked into to
sustain a writ of
Error.

ASSUMPSIT by *Malone* against *Flant* and *Sossamon* on a promissory note, and judgment final by default ; on which they sued out a writ of Error, and assign as Error—That by the indorsement of the writ the note appears to have been payable at the *Tombeckbu* Back ; and the declaration does not aver that it was then presented for payment.

Judge *Crenshaw* delivered the opinion of the Court.

It has been settled by this Court that the indorsement of the writ will be looked into for the purpose of amending the subsequent proceedings ; but I presume that it has never been determined that it is a part of the Record, and the source from which we are to be informed of the cause of action. It is to the declaration alone that we must look for an exact description of the cause of action. The declaration here describes a note payable at no particular place. If the defendants would have availed themselves of a variance between the declaration and the indorsement of the writ, they should have done so by plea in abatement.

Where it is to be fairly inferred from the Record that substantial justice has been done, it is the duty of the appellate Court to support the judgment, if it can be done, without violating the settled principles of law, or the established

rules of practice. It is the unanimous opinion of the Court that the judgment be affirmed.

*Crawford* and *Hitchcock* for plaintiffs.

*Gaines* and *Lyon* for defendant in Error.